**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RENEE PALMER<br><br>Plaintiff(s)<br>v.<br>CAREER TEAM, LLC, et al.<br><br>Defendant(s). | CASE NUMBER:<br>8:26–cv–00968–FWS–KES<br><br>**NOTICE OF**<br>☒ **MEDIATION DATE**<br>☐ **AMENDED MEDIATION DATE** |

*INSTRUCTIONS: This form should be filed only in cases in which the Court has issued an order of referral to ADR Procedure No. 2, directing the parties to appear before a neutral selected from the Court's Mediation Panel. The assigned Panel Mediator must file this Notice electronically using the following event: "Civil Events => Other Filings => ADR/Mediation Documents => Notice of Mediation Date (ADR-13)."*

**YOU ARE HEREBY NOTIFIED THAT THE PANEL MEDIATOR HAS**
☒ **SCHEDULED** ☐ **RESCHEDULED**
**A MEDIATION IN THE ABOVE-CAPTIONED CASE**

for November 11, 2026 at 9:00 ☑ a.m. / ☐ p.m.

**LOCATION:** Remote - via Zoom

**The mediation session must be completed and an ADR-03 Mediation Report must be filed on or before the Court-ordered completion date.**

Continuances are not favored and may only be granted by the Panel Mediator up to the Court-ordered completion date. Absent extraordinary circumstances, parties may not request a continuance within three business days of a scheduled mediation. Be advised that the Panel Mediator is required to report to the Court after the mediation session as to whether the parties appeared at the mediation as required by Local Rule 16-15.5(b). General Order No. 11-10, § 8.9.

**Dated:** 08/06/2026

**Panel Mediator:** Michael H. Leb
**Address:** 1946 Pasadena Glen Road
Pasadena, CA 91107

**Phone:** (626) 298-5109
**Email:** michael@lebdr.com

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 3660 Wilshire Boulevard, Suite 800, Los Angeles, California 90010.

On the date herein below specified, I served the foregoing document described as set forth below on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes, at Los Angeles, California, addressed as follows:

Date of Service: **AUGUST 10, 2026**

Document(s) Served: **NOTICE OF MEDIATION DATE**

Person(s) Served: **CLARISSE PETERSEN**
**TAN NGO**
**JACKSON LEWIS, P.C.**
**200 SPECTRUM CENTER DRIVE, SUITE 500**
**IRVINE, CA 92618**
**CLARISSE.PETERSEN@JACKSONLEWIS.COM**
**ZULEIMA.PORRON@JACKSONLEWIS.COM**
**TAN.NGO@JACKSONLEWIS.COM**

______ (BY U.S. Mail) I enclosed the documents in a sealed envelope or package addressed to the address above and deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid.

______ (BY U.S. Certified Mail) I enclosed the documents in a sealed envelope or package addressed to the address above and placed the envelope for collection and certified mailing with return receipt, in a sealed envelope with postage fully prepaid.

______ (BY OVERNIGHT DELIVERY) I enclosed the documents in an envelope or package provided by an overnight deliver carrier and addressed to the persons at the addresses above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

______ (BY FAX) I faxed the documents to the persons at the fax numbers listed above. No error was reported by the fax machine that I used.

______ (BY MESSENGER SERVICE) I served the documents by placing them in an envelope or package addressed to the addresses above, and provided them to a professional messenger service for personal service on this date.

______ (BY PERSONAL SERVICE) I personally delivered by hand to the offices of the addressee(s).

XX___ (BY EMAIL TRANSMISSION) I emailed a copy of the foregoing document(s) this date via email to the email addresses shown above.

______ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__XX_(FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made.

EXECUTED at Los Angeles, California, on August 10, 2026

______________________________
Declarant, Rosalyn Truong